United States Courts
Southern District of Texas
FILED
*September 30, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **NO: 26-CR-296-S** |
| | ) | |
| **1. ZACHARY JOVON LANCASTER** | ) | |
| **2. JALEN ANTHONY WILLIAMS** | ) | |
| **3. DAVONTE TREVON HUBBARD** | ) | |
| **4. CHRISTOPHER MICHAEL GORDON** | ) | |
| **5. JAMELL DESHAUN GORDON** | ) | |
| | ) | |
| ***Defendants*.** | ) | |

---------------------------------------------------------------

**SUPERSEDING INDICTMENT**

The United States Grand Jury charges that:

**COUNT 1**
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846, 841(a)(1), 841(b)(1)(A)(vi))**

In late January/early February of 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the court, the defendants,

**ZACHARY JOVON LANCASTER,**
**JALEN ANTHONY WILLIAMS,**
**DAVONTE TREVON HUBBARD,**
**CHRISTOPHER MICHAEL GORDON, and**
**JAMELL DESHAUN GORDON,**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propenamide a.k.a. fentanyl, a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(vi).

**COUNT 2**
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1), 841(b)(1)(A)(vi), and 18 U.S.C. § 2)**

On or about February 5, 2025, in the Southern District of Texas, the defendants,

**ZACHARY JOVON LANCASTER,**
**JALEN ANTHONY WILLIAMS,**
**DAVONTE TREVON HUBBARD,**
**CHRISTOPHER MICHAEL GORDON, and**
**JAMELL DESHAUN GORDON,**

did knowingly and intentionally aid, abet, and assist others known and unknown to the Grand Jurors, to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propenamide a.k.a. fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and Title 18, United States Code, Section 2.

**NOTICE OF CRIMINAL FORFEITURE**
**(21 U.S.C. § 853(a))**

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to the defendants,

**ZACHARY JOVON LANCASTER,**
**JALEN ANTHONY WILLIAMS,**
**DAVONTE TREVON HUBBARD,**
**CHRISTOPHER MICHAEL GORDON, and**
**JAMELL DESHAUN GORDON,**

that upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and/or 841 as set out in Counts 1 and 2 of this Indictment, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL

Original signature on file

FOREPERSON OF THE GRAND JURY

AARON F. REITZ
United States Attorney

By:
Shelley J. Sullivan
Shelley J. Sullivan, Assistant U.S. Attorney
Southern District of Texas